Form A. O. 91 (Rev. 12-1-53)                                  Complaint

# United States District Court
## FOR THE
### EASTERN DISTRICT OF LOUISIANA

72-M-39

Magistrate's Docket No. **72-M-39**

Case No.

**UNITED STATES OF AMERICA**

v

**JAMES TURNER**

COMPLAINT for VIOLATION of

U.S.C. Title **21**

Section **841(a)(1)**

BEFORE **Morey L. Sear**, **New Orleans, Louisiana**,
      Name of Magistrate                    Address of Magistrate

The undersigned complainant being duly sworn states:

That on or about **April 25**, 1972, at **NEW ORLEANS, LOUISIANA**

in the

**EASTERN** District of **LOUISIANA**

(1)     **JAMES TURNER**

did (2)   **WILLFULLY, UNLAWFULLY AND FELONIOUSLY DISTRIBUTE 3.3 GRAMS (NET) OF HEROIN**

And the complainant states that this complaint is based on
THE UNDERSIGNED COMPLAINANT HAS INTERVIEWED OFFICER R. L. SMITH, A MEMBER IN GOOD STANDING OF THE NEW ORLEANS POLICE DEPARTMENT, WHO INFORMED THE UNDERSIGNED THAT ON APRIL 25, 1972 THE SAID OFFICER R. L. SMITH, IN NEW ORLEANS, LOUISIANA, DID NEGOTIATE WITH JAMES TURNER FOR THE ABOVE-DESCRIBED HEROIN. FURTHER, THAT JAMES TURNER DID ARRANGE FOR THE DELIVERY OF SAID HEROIN, WHICH SUBSEQUENTLY WAS DELIVERED BY ANOTHER INDIVIDUAL.
THE UNDERSIGNED PARTICIPATED IN SURVEILLANCE OF SAID PURCHASE. THE HEROIN WAS FORWARDED TO THE MIAMI BNDD LABORATORY. SUBSEQUENTLY A REPORT WAS RECEIVED THEREFROM VERIFYING THE SUBSTANCE TO BE 6.1 PERCENT PURE HEROIN.

NN
10/25/72

And the complainant further states that he believes that
CHARLES J. BREMER
ROBERT D. MORRIS
RODNEY L. WILLIAMS
ALVIN T. HANNA

are material witnesses in relation to this charge.

ROY J. SPENCER, JR.    Signature of Complainant.
BNDD SPECIAL AGENT
                                 Official Title.

Sworn to before me, and subscribed in my presence, **October 24**, 19**72**.

United States Magistrate.

(1) Insert name of accused.
(2) Insert statement of the essential facts constituting the offense charged.

FPI MI—9-22-70-200M-5215